Dear, Court of Criminal Appeals, Abel Acosta:

79,989-04

I requested for another direct Appeal back in November 2014 I think it was. I had filed all the Paper work, I think also. I am illeterate to the law anyway I was transfered from my Unit, Bill Clements shortly after filing. I was brought to the Huntsville Unit and have been sitting in Transit every since 12/23/14. Please let me know if I need to file any more papers or what I need to do next if the Court did allow my papers to go through. Sitting in Transit?

Thank you
James Steven Corley

#1723438

RECEIVED IN
COURT OF CRIMINAL APPEALS
FEB 02 2015
Abel Acosta, Clerk